IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TYLER C. FRICK,

                Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,
KRISTEN CLARKE, LISA MONACO,
BENJAMIN MIZER, BOBAK TALEBIAN,
REBECCA BOND, EMILY ROSS, and
MICHAEL HOROWITZ,

                Defendants.

ORDER

24-cv-772-wmc

---

    The court is in receipt of plaintiff's motion to reconsider (dkt. #16), notice of appeal (dkt. #15), notice of conversion of appeal (dkt. #18) and motion for writ of mandamus (dkt. #17). The court understands plaintiff wishes to withdraw his notice of appeal, which the court will allow, and instead, to seek reconsideration of the court's dismissal with prejudice of the case on the merits (dkt. #13), as well as to proceed with a writ of mandamus before the Court of Appeals for the Seventh Circuit. Upon review of the motion for reconsideration, the court GRANTS that motion AND ALLOWS plaintiff 21 days to file an amended complaint addressing the defects noted in the court's earlier Opinion and Order. Although it would appear that granting the motion for reconsideration would moot the writ of mandamus, that matter is not before this court and must be addressed by the Seventh Circuit.

    Entered this 18th day of December, 2024.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          WILLIAM M. CONLEY
                                          District Judge